# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-20062
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 22, 2018

Lyle W. Cayce
Clerk

COLLINS O. NYABWA,

> Plaintiff - Appellant

v.

HOUSTON POLICE DEPARTMENT; HOUSTON POLICE DEPARTMENT OFFICER; HOUSTON POLICE DEPARTMENT CHIEF; HOUSTON POLICE DEPARTMENT OFFICER M. PENA; CITY OF HOUSTON; KNOWN UNNAMED OFFICER (LICENSE PLATE #104-0185), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #113-0765), Individual and Official Capacity; KNOWN UNNAMED OFFICER (SQUAD CAR UNIT #44100), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #121-3806), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #119-3832), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #129-8253), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #119-3878), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #116-7902), Individual and Official Capacity; KNOWN UNNAMED OFFICER (LICENSE PLATE #130-1979), Individual and Official Capacity,

> Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CV-1696

No. 18-20062

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

Plaintiff Collins Nyabwa appeals the district court's dismissal of his state law tort and § 1983 claims against the City of Houston, Chief Acevedo, and Office Pena. We have reviewed the briefs, the record, and the applicable law. We find the district court properly dismissed Nyabwa's claims, and therefore AFFIRM on the same grounds as the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.